UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

                Plaintiff

v.                                          File No.:  15-CR-00142

EDGAR DEKAY II

                Defendant
_____

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that, upon the Notice of Motion and Affidavit filed separately, Under Seal, the undersigned will move this Court before the Honorable Elizabeth A. Wolford, United States District Judge, for an Order sealing the said Notice of Motion and Affidavit, and for such other relief as may be proper.  The Defendant hereby requests that the Court permits the Notice of Motion and Affidavit be filed Under Seal.

Dated:  April 23, 2019
       Hamburg, New York

Respectfully Submitted,

*s/ Daniel J. Henry, Jr.*
Daniel J. Henry, Jr. Esq.
Attorney for *Edgar Dekay II*
Villarini & Henry, L.L.P.
16 Main Street
Hamburg, New York 14075
(716) 648-0510
dhenry@villariniandhenry.com

To:    Hon. Elizabeth A. Wolford
        United States District Court
        Western District of New York
        2 Niagara Square
        Buffalo, New York 14202-3350

        Attn:  Joseph M. Tripi, Esq.
        Brendan I. Cullinane, Esq.
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202

        Court Clerk
        United States Courthouse
        2 Niagara Square
        Buffalo, New York 14202-3350