UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

                         Plaintiff

v.                                                File No.:  15-CR-00142

EDGAR DEKAY II

                         Defendant
_____

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2019, I electronically filed the foregoing Notice of Motion and Motion with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1. Hon. Elizabeth A. Wolford;

2. Joseph M. Tripi, Esq.;

3. Brendan I. Cullinane, Esq.;

4. Court Clerk.

                                                                          *s/ Adrienne Punturiero*